

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

Brian Warner et al. v Toyota Motor Sales USA

To Whom It May Concern,

   I am writing to let it be known that I object to the Proposed Settlement of Case No. 2:15-cv-02171-FMO-(FFMx). Or Brian
Warner et al., v. Toyota Motor Sales, U.S.A., Inc., Case No. 2:15-cv-02171-FMO-FFM,

   In said case the settlement is for three models of Toyota truck and SUV. The Tacoma, Tundra, and Sequoia. My objection is that the Tacoma and Sequoia settlement dates to 2005, while the Tundra only to 2007. My 2006 Tundra has a frame rusted enough to have bent when recently lifted by a mechanic to do work. This truck was built in the same factories as the 05/06 Tacoma and Sequoia by the same techniques. It shares the same flaws that have caused this settlement to have been reached. As such I feel that my vehicle deserves to participate in the settlement. Failure to be included in the settlement leaves me to assume that the entire settlement is unfair, and thus not legally valid.

   Objector: John David Judge    — unable to attend

6290 Berry plains Landing
King George, VA 22485
540-220-6766
Fax 540-775-6842
John_judge@hotmail.com

*[signature]*    1/12/17

vehicle — 2006 Toyota Tundra Double Cab Limited, 4x4
VIN 5TBDT48186S528140



Clerk of Court
US District Court
Central District of CA
312 N. Spring St. Room 6-8
Los Angeles, CA 90012

FMO

RICHMOND VA 231
13 JAN 2017 PM 2 L