FILED
CLERK, U.S. DISTRICT COURT

JAN 30 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

Clerk of Court
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

January 24, 2017

Re: *Brian Warner et al. v. Toyota Motor Sales, U.S.A., Inc.*, Case No. 2:15-cv-02171-FMO-FFM

I am contacting the court as I object to the proposed settlement in this matter. As I am a class member in this complaint I am not represented by a lawyer and I have not excluded myself from this settlement nor will I be able to attend the fairness hearing,

On March 9, 2007 I purchased a 2007 Toyota TRD Sport 4WD Double Cab at Jerry's Toyota, located at 8001 Belair Rd, Baltimore, MD 21236.  Serial # 5TELU42N47Z381184

I resided in Maryland until October 31, 2012 and move to Florida.

In 2015 I noticed that paint/protectant was flaking off heavily on the frame around the spare tire rack and rear bumper.  Using a wire brush I scraped much of it away and repainted with a can of rust inhibitor.   All the while the truck was under a recall for rusty leaf springs and this frame issue.

Eventually I received a notice to have the truck brought in for inspection. I took it to Coggin Toyota here in Jacksonville. When it was returned to me the repair order simply said "No perforations of note."  I asked if there was any at all, as I knew the rear end had problem with rust. Thee service writer refused to answer.  I then asked if a rust inhibitor was going to be sprayed on the car. I was told no.

When I arrived home I called Toyota customer service and filed a complaint. I asked why I was not receiving the rust inhibitor application.  I was told it was because I lived in Florida.  I explained that the truck was in Maryland for 5 winters and that I do drive the truck on the beach here in Florida to go fishing and that the sand is salty.  Toyota didn't seem to think that mattered. When I asked what happens if I return to Marlyand to reside, they had no response.

In July 2016 my suspension system was replaced due to a rust recall.

Quite frankly I feel the proposed settlement is not enough and I do not trust Toyota dealers to do the inspections and will they do these inspections at their expense again after already inspecting once a couple of years ago?   Dealers in my area are very incompetent. When I had my rear leaf springs replaced they killed my battery. They knew they killed it.  They jumpstarted it and returned it to me without telling me. I returned to have a new one installed and my radio antenna went missing. I later found that it had been removed and shoved under the console and seat, but yet the dealer knew nothing about it.

My truck now has 82000 miles on it and is in excellent condition. It's almost like new, however this frame issue certainly worries the consumer.

I think that Toyota should either compensate us or be forced to apply a rust inhibitor despite what state we reside in. in my case I get more beach sand up in the frame the I ever did road salt in Maryland and each time I drive on the beach I spray the undercarriage down as best I can.

So at this time I am against this proposed settlement as I simply don't trust Toyota dealers to do a thorough, and accurate inspection. Nor do I expect them to be truthful to me about the matter. These inspections should be done by an independent party at Toyotas expense.

I may be contacted at the address below and my email address. I do not have a home phone number at this time.


Sincerely,

*Donald J McCrank* (signature)

Donald J McCrank
8787 Southside Blvd
Apt 2119
Jacksonville. FL 32256
mariner.dmc2@gmail.com



Don McCrank
8787 Southside Blvd
Apt 2119
Jacksonville, FL 32256

Clerk of Court
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012