

Christopher Michael Mewes
5151 Elliot Ave
Minneapolis MN, 55417
Chrismewes11@gmail.com
612-702-6756
VIN # 5teuu42n56z158042

Clerk of Court
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Re. case No. 2:15-cv-02171-FMO-FFM
1-31-2017

*Brian Warner et al. v. Toyota Motor Sales, U.S.A., Inc.*, No. 2:15-cv-02171 (C.D. Cal.);
Objection to proposed settlement

Sirs,
I object to the proposed settlement in the mentioned case.
I am the owner of a 2006 model year Toyota Tacoma that suffers from excessive frame rust and corrosion.
I find the proposed settlement wholly unsatisfactory as it does not adequately address the impacts from the issue.

- It is my assertion and belief that the resale value of the vehicle has been significantly compromised and the settlement does not address this impact.
- The dealer did not act in good faith or with competence in conducting the Perforation Test on my vehicle. The dealer refused to provide any information or details about the manner or execution of the test, or what constituted a pass, fail or other potential findings from such test. They claimed my vehicle passed and offered absolutely no remediation, repair or compensation even though sufficient damage existed on my frame that warranted my having to conduct major repairs and acquire aftermarket rust protection.
- The proposed settlement largely benefits the attorneys pressing this case while providing no reasonable compensation to class members.

I will not be in attendance at the fairness hearing.
I have not secured counsel regarding this issue.
I am a class member. I own and have been the single owner of a 2006 model year Toyota Tacoma, v6 4x4, VIN # 5teuu42n56z158042.

Christopher Michael Mewes
1-31-2017

Christopher M. Weires
5151 Elliot Ave
Minneapolis, MN.
55417

RECEIVED
U.S. DISTRICT COURT
FEB - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FMO ~~CW~~

Clerk of court
U.S. District Court
Central District of California
312 N. Spring Street, Room G-8
Los Angeles, CA 90012

re: ~~Case #2:02-cv~~ - Cv15-02171

