```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                        FEB 6 2017

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY:        vdr        DEPUTY
```

January 31, 2017

Clerk of Court
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

Re: Brian Warner et al., v. Toyota Motor Sales, U.S.A., Inc.
    No. 2:15-cv-02171 (C.D. Cal. );  (b)

Settlement Objection from:
Lewis C. Ross
406-261-7454
P.O. Box 123
19911 Big Lodge Road
Rollins, MT 59931

I am a member of the referenced class action. I own a 2005 Toyota Tacoma
vin. # 5TELU42N45Z042244.

My objection to the proposed action is that the state of Montana is not included in the states which will receive the Corrosion-Resistant Compounds treatment. Road salt and corrosive chemicals are used throughout the state at the discretion of local governments. The frame in my truck has been inspected and it has been determined to not have any holes rusted completely through, NOT YET!
It does however have a considerable amount of rust and pitting on the frame. The lower control arms had to be cut from their mounts due to rust frozen caster-camber bolts. This condition is typical for Tacoma owners in northwest Montana and I am sure the "CCR" treatment would be beneficial.
Please see that Montana and any other northern state using salt on there roads are included in the ("CCR") phase of this settlement. Because of the distance I would have to travel, I will not be able to attend the Fairness Hearing.

Thank you,

*[signature]*

Lewis C. Ross

Lew Ross
P.O. Box 123
Rollins, MT 59931

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FMO

Clerk of Court
United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012