Honorable Clerk,

I am in reference to the Brian Werner et al. v. Toyota Motor Sales, U.S.A. Inc. No. 2, 15-CV-02171 C.D. Cal.

I am writing on behalf of my son, Joshua Wade King, owner of a 2007 Toyota Tacoma pick up.

He found his dream truck and we went to Athens Ga. and I made the deal. I suffered a massive brain injury years ago that left me with physical and mental issues, one being emotions.

He nor I wish to exclude ourselves from the proceedings, and will not be able to attend the hearing, Fairness Hearing, scheduled 4-27-2017.

I understand it is about frame rust but the issue we have is concerning all the rust underneath.

First, the wheels rusting and peeling. The oil sensor began leaking from rust. The front rotors had rusted and warped, and I had to have the rear hub turned. The brake line rusted a hole, and had to have the lines cut out and replaced. The leaf spring broke and came out. A recall was for replacement of the springs but he was put off time and again but it was replaced by Toyota.

Josh was attending Appalachian State Univ. in Boone, NC. and graduated with a degree in Graphic Design, working his way, using his Tacoma, including guiding fly fishermen.

Another issue I have is my memory, and did not write the lady's name down I talked with at the toll free no. 1-800-481-7948. She denied most all and when I mentioned the brakes and said "if he had got killed" my emotions got the best of me as she said "if" is such and such.

Josh now live's in Nederland, Co. P.O. Box 95 - 30263 That's approximately 4500 ft. above Boulder on a gravel road, and it worries me "if" it could happen with his brakes again or, what's next.

Toyota did not under coat these vehicles and the lady I talked with gave me the impression I was wanting money. No I wasn't, only to be fair and at times, it's no matter what's wrong or right but, what's right.

I hope my concerns will be heard by some one and I thank you for reading my letter. Again, Josh does not wish to be excluded.

Joshua Wade King  
P.O. Box 95  
Nederland, C.O. 30263

Respectfully  
Nick E. King  
381 Sam Brewer Rd.  
Newland, N.C. 28657

