FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

CLERK OF COURT
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET ROOM G-8
LOS ANGELES, CA 90012

BRIAN WARNER

    Plaintiff,

vs.

TOYOTA SALES USA, INC.

    Defendant

Case No. **2:15-cv-02171 (C.D. Cal);**
-FMO-FFM

**OBJECTION**

OBJECTOR:

ISAAC K. PEREZ/ DALILA PEREZ
3449 WEST 12TH LANE
YUMA AZ. 85364
(928)920-5313

Dated this **7th of February 2017**

**RUST IS CANCER THAT SPREADS THROUGHOUT**

It is extensively present on my 2006 Toyota Tacoma VIN # 3TMJU62NX6M011310 frame.

The rust has made its way past the frame and to other components of my truck.

I have included with my objection pictures of these other areas of rust.

I have contacted my Local Toyota Dealership and Toyota Motor Corp on numerous Occasions, regarding my concerns and complaints but received no efforts or solutions on their part.

I have spent a lot of time and money prolonging the effects of the rust on my truck.

    \*SANDBLASTING AND UNDERCOATING THE FRAME

  \*REMOVING RUST, PRIMERING AND PAINTING INFECTED BODY PANELS

    \*REMOVING AND REPLACING RUSTED COMPONENTS AS NEEDED

Signed _[signature]_

Included

8 page Carfax and 10 pages of Pictures

















**CARFAX Vehicle History Report** — US $39.99
An independent company established in 1986

**Vehicle Information:**
2006 TOYOTA TACOMA
PRERUNNERDOUBLECAB
VIN: 3TMJU62NX6M011310
CREW PICKUP
4.0L V6 FI DOHC 24V
REAR WHEEL DRIVE
Standard Equipment | Safety Options

**CARFAX Report Provided By:**
Bill Alexander Flightline Mazda Cadillac
1350 E 32nd St
Yuma, AZ 85365
928-314-3400
www.flightlinemazda.com

- ✓ No accident / damage reported to CARFAX
- 6 Previous owners
- At least 1 open recall
- 22 Service records available
- 106,552 Last reported odometer reading
- Worth $260 more than retail book value

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 6/27/15 at 2:06:21 PM (EDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.



**CARFAX Price Calculator**
Adjust the value of this 2006 Toyota Tacoma Prerunnerdoublecab based on the information available in this report

| 1) Retail Book Value | 2) CARFAX Price Adjustment™ | 3) Adjusted Retail Value |
|---|---|---|
| $ 14,956 | + $260 | $15,216 |
| Enter retail book value here | Above retail book value | Adjusted Retail Value |
| Start by entering the retail book value from a pricing guide website. | This vehicle is worth more than average, based on information in this report. | Compare adjusted retail value to seller's asking price when making your decision. |

**CARFAX Ownership History**
The number of owners is estimated

| | Owners 1-4 | Owner 5 | Owner 6 |
|---|---|---|---|
| Year purchased | 2006 | 2013 | 2013 |
| Type of owner | See Details | Personal | Personal |
| Estimated length of ownership | 6 yrs. 10 mo. | 3 months | 1 yr. 10 mo. |
| Owned in the following states/provinces | Texas, Arizona | Arizona | Arizona |
| Estimated miles driven per year | See Details | --- | --- |
| Last reported odometer reading | 93,494 | 103,367 | 106,552 |

| | Owners 1-4 | Owner 5 | Owner 6 |

## Title History

CARFAX guarantees the information in this section

| | | | |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |



GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. **Register | View Terms**

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owners 1-4 | Owner 5 | Owner 6 |
|---|---|---|---|
| **Total Loss** — No total loss reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Structural Damage** — No structural damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Airbag Deployment** — No airbag deployment reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Odometer Check** — No indication of an odometer rollback. | ✓ No Issues Indicated | ✓ No Issues Indicated | ✓ No Issues Indicated |
| **Accident / Damage** — No accidents or damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Manufacturer Recall** — At least 1 open recall reported. | ✓ No Recalls Reported | ✓ No Recalls Reported | **Recall Reported** |

Tell us what you know about this vehicle

## CARFAX Detailed History

Glossary

| Owner 1 | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| Purchased: | 2006 | 10/24/2005 | | NICB | Vehicle manufactured and shipped to original dealer |
| Type: | Personal lease | | | | |
| Where: | Texas | 11/22/2005 | 6 | Red McCombs Universal Toyota San Antonio, TX 210-654-1515 universaltoyota.com | Pre-delivery inspection completed State inspection completed Safety inspection completed VIN glass etching Tire(s) balanced Steering/suspension checked Washed/detailed |
| Est. miles/year: | 15,021/yr | | | | |
| Est. length owned: | 4/3/06 - 4/13/10 (4 years) | | | | |
| | | 12/14/2005 | | Red McCombs Universal Toyota San Antonio, TX 210-659-7575 universaltoyota.com | Vehicle sold |
| | | 04/03/2006 | 208 | Texas Motor Vehicle Dept. Atlanta, GA Title #24030138796100712 | Title issued or updated First owner reported Titled or registered as personal lease vehicle |



Two states? Vehicle leasing companies often title a car in one state but register it to be driven in another.

| Date | Mileage | Source | Details |
|---|---|---|---|
| 03/01/2007 | | Texas Motor Vehicle Dept. Laredo, TX Title #24030138796100712 | Registration issued or renewed Passed safety inspection |
| 06/01/2007 | 14,497 | Don McGill Toyota Houston, TX 281-496-2000 donmcgilltoyota.com | 5,000 mile service performed Rear brakes serviced/adjusted Parking brake adjusted Oil and filter changed Tires rotated |
| 07/11/2007 | 16,246 | Don McGill Toyota Houston, TX 281-496-2000 donmcgilltoyota.com | Engine checked |
| 11/16/2007 | | DeMontrond Chevrolet, Hyundai, Toyota, And Scion Texas City, TX 281-337-1100 demontrondgulffreeway.com | Vehicle serviced |
| 03/01/2008 | | Texas Motor Vehicle Dept. Laredo, TX Title #24030138796100712 | Registration issued or renewed Passed safety inspection |
| 03/04/2008 | 26,261 | Texas Inspection Station Laredo, TX | Passed emissions inspection |
| 03/12/2008 | 26,461 | Texas Inspection Station Laredo, TX | Passed emissions inspection |
| 07/08/2008 | 28,703 | DeMontrond Chevrolet, Hyundai, Toyota, And Scion Texas City, TX 281-337-1100 demontrondgulffreeway.com | Four wheel alignment performed Tires mounted and balanced |
| 02/07/2009 | 36,175 | Joe Myers Toyota Houston, TX 281-890-8700 joemyerstoyota.com | Tire condition and pressure checked Washed/detailed Oil and filter changed Tires rotated |
| 03/01/2009 | | Texas Motor Vehicle Dept. Laredo, TX Title #24030138796100712 | Registration issued or renewed Passed safety inspection |
| 05/08/2009 | 41,338 | Joe Myers Toyota Houston, TX 281-890-8700 joemyerstoyota.com | Washed/detailed Tires rotated and balanced Oil and filter changed |
| 06/30/2009 | 45,151 | Joe Myers Toyota Houston, TX 281-890-8700 joemyerstoyota.com | Airbag sensor replaced |
| 11/16/2009 | 52,705 | | |

| | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| | | | | Joe Myers Toyota<br>Houston, TX<br>281-890-8700<br>joemyerstoyota.com | 5,000 mile service performed<br>Air filter replaced<br>Oil and filter changed<br>Tires rotated<br>Power steering fluid flushed/changed |
| | | 02/24/2010 | 58,190 | Joe Myers Toyota<br>Houston, TX<br>281-890-8700<br>joemyerstoyota.com | 5,000 mile service performed<br>Oil and filter changed<br>Tires rotated |
| | | 02/26/2010 | 58,644 | Warrantech<br>Automotive, Inc.<br>Laredo, TX<br>800-833-8801<br>warrantech.com | Service contract issued |
| **Owner 2**<br>Purchased: 2010<br>Type: Personal<br>Where: Texas<br>Est. length owned: 4/13/10 - 7/9/10 (2 months) | | Date: | Mileage: | Source: | Comments: |
| | | 04/13/2010 | | Texas<br>Motor Vehicle Dept.<br>Laredo, TX<br>Title<br>#24031140257093527 | Title issued or updated<br>New owner reported<br>Loan or lien reported |
| | | 05/24/2010 | 63,260 | Joe Myers Toyota<br>Houston, TX<br>281-890-8700<br>joemyerstoyota.com | Pre-delivery inspection completed<br>Fuel injection system flushed/serviced<br>Brake fluid flushed/changed<br>Front brakes replaced<br>Rear brakes serviced/adjusted<br>Oil and filter changed |
| **Owner 3**<br>Purchased: 2010<br>Type: Personal<br>Where: Arizona<br>Est. miles/year: 9,801/yr<br>Est. length owned: 7/9/10 - 8/1/12 (2 years)<br><br>Low mileage!<br>This owner drove less than the industry average of 15,000 miles per year. | | Date: | Mileage: | Source: | Comments: |
| | | 07/09/2010 | 66,197 | Arizona<br>Motor Vehicle Dept.<br>Phoenix, AZ<br>Title<br>#536M010190019 | Registration issued or renewed<br>New owner reported |
| | | 10/02/2010 | 68,442 | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Maintenance inspection completed<br>5,000 mile service performed<br>Rear brakes serviced/adjusted<br>Oil and filter changed<br>Tires rotated |
| | | 03/12/2011 | 73,233 | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Maintenance inspection completed<br>5,000 mile service performed<br>Rear brakes serviced/adjusted<br>Oil and filter changed<br>Tires rotated |
| | | 04/28/2011 | 74,642 | Warrantech<br>Automotive, Inc.<br>800-833-8801<br>warrantech.com | Service contract claim<br>Suspension serviced |
| | | 04/29/2011 | | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Maintenance inspection completed |
| | | 09/10/2011 | 77,000 | Arizona<br>Inspection Station<br>Maricopa County | Passed emissions inspection |
| | | 09/28/2011 | 78,379 | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Maintenance inspection completed<br>5,000 mile service performed<br>Rear brakes serviced/adjusted<br>Oil and filter changed<br>Tires rotated |
| | | 04/28/2012 | 84,087 | | |

| | Date | Mileage | Source | Comments |
|---|---|---|---|---|
| | | | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Maintenance inspection completed<br>30,000 mile service performed<br>Spark plug(s) replaced<br>Air filter replaced<br>Cabin air filter replaced/cleaned<br>Differential fluid flushed/changed<br>Oil and filter changed<br>Tires rotated and balanced<br>Brakes serviced<br>Washed/detailed<br>Fuel system cleaned/serviced |
| | 06/22/2012 | 85,426 | Camelback Toyota<br>Phoenix, AZ<br>602-264-2841<br>camelbacktoyota.com | Four tires mounted and balanced<br>Tire repaired |
| | 07/30/2012 | | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Cabin air filter replaced/cleaned<br>Emissions inspection completed<br>Antenna replaced<br>Brake fluid flushed/changed<br>Air filter replaced<br>Wiper(s) replaced<br>Battery replaced<br>Interior trim checked<br>Exterior trim checked<br>Washed/detailed |
| | 08/01/2012 | 86,445 | Dealer Inventory | Vehicle offered for sale |
| | 08/03/2012 | | Arizona<br>Motor Vehicle Dept.<br>Mesa, AZ<br>Title #BI06012216088 | Dealer took title of this vehicle while it was in inventory<br>Title or registration issued |
| | 08/10/2012 | 86,570 | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Vehicle sold |
| | 09/14/2012 | 87,000 | Arizona<br>Inspection Station<br>Maricopa County | Passed emissions inspection |
| **Owner 4**<br>Purchased: 2012<br>Type: Personal<br>Where: Arizona<br>Est. length owned: 9/20/12 - 2/21/13<br>(5 months) | Date: | Mileage: | Source: | Comments: |
| | 09/20/2012 | | Arizona<br>Motor Vehicle Dept.<br>Scottsdale, AZ<br>Title #BI08012264020 | Registration issued or renewed<br>New owner reported<br>Loan or lien reported |
| | 02/21/2013 | | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Sunvisor(s) replaced/repaired<br>Oil and filter changed<br>Emissions inspection completed<br>Cabin air filter replaced/cleaned<br>Tire(s) balanced<br>Interior trim checked<br>Exterior trim checked<br>Tire condition and pressure checked<br>Washed/detailed |
| | 02/21/2013 | 93,494 | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Vehicle offered for sale |
| | 02/23/2013 | | Riverview Toyota<br>Mesa, AZ | Vehicle sold |

| | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| | | | | 480-655-4400<br>riverviewtoyota.com | |
| **Owner 5**<br>Purchased: 2013<br>Type: Personal<br>Where: Arizona<br>Est. length owned: 3/22/13 - 7/8/13<br>(3 months) | | 03/22/2013 | | Arizona<br>Motor Vehicle Dept.<br>Mesa, AZ<br>Title #BI10013081028 | Registration issued or renewed<br>New owner reported<br>Loan or lien reported |
| | | 06/19/2013 | 103,000 | Arizona<br>Inspection Station<br>Maricopa County | Passed emissions inspection |
| | | 07/08/2013 | | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Anti-theft/keyless device/alarm removed<br>Air filter replaced<br>Oil and filter changed<br>Cabin air filter replaced/cleaned<br>Alignment performed<br>Interior trim repaired<br>Emissions inspection completed<br>A/C refrigerant recharged<br>Four wheel alignment performed<br>Interior trim checked<br>Washed/detailed |
| | | 07/08/2013 | 103,367 | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Vehicle offered for sale |
| | | 07/12/2013 | | Riverview Toyota<br>Mesa, AZ<br>480-655-4400<br>riverviewtoyota.com | Vehicle sold |
| **Owner 6**<br>Purchased: 2013<br>Type: Personal<br>Where: Arizona<br>Est. length owned: 8/26/13 - present<br>(1 yr. 10 mo.) | | Date: | Mileage: | Source: | Comments: |
| | | 08/26/2013 | | Arizona<br>Motor Vehicle Dept.<br>Title #BI10013238003 | Registration issued or renewed<br>New owner reported<br>Loan or lien reported<br><br>Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. |
| | | 01/22/2014 | 106,552 | Lightning Lube<br>Scottsdale, AZ<br>480-946-1967 | Oil and filter changed |
| | | 09/29/2014 | | Toyota Motor Sales, USA, Inc. | Manufacturer Recall Issued<br>NHTSA #14V604<br>Recall #E12 Safety Recall E02 (E12) Preliminary<br>Notification - Certain 2005-2011 Model Year Tacoma Pre-Runner and 4x4 Vehicles Rear Leaf Spring<br>Status: Remedy Not Available<br><br>- Learn more about this recall<br><br>Description: The subject vehicles? rear suspension system contains leaf springs that are constructed of either three or four leaves. There is a possibility that a leaf could fracture due to stress and corrosion. If this occurs and the vehicle continues to be operated, the broken leaf could move out of position and contact surrounding components, including the fuel tank. |

> If the broken leaf contacts the fuel tank repeatedly, it could puncture the tank and cause a fuel leak. In the presence of an ignition source, this could result in a fire.
>
> **Remedy:** Toyota is currently preparing the remedy for this condition.

Tell us what you know about this vehicle

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

View Full Glossary

**CARFAX Price Adjustment™**
Accidents, service records, number of owners and many other history factors can affect a vehicle's value. The CARFAX Price Adjustment is a tool that analyzes millions of used car transactions to measure how the combination of all the information reported to CARFAX affects the value of a particular vehicle. The vehicle's retail book value plus the CARFAX Price Adjustment will give you a more accurate measure of the vehicle's value. Use this tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform owners of car defects that have come to the manufacturer's attention. Recalls also suggest improvements that can be made to improve the safety of a particular vehicle. Most manufacturer recalls can be repaired at no cost to you.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Toyota Recall**
Toyota Motor Sales, USA, Inc. provides CARFAX with recall information within the last 10 model years for vehicles originally marketed or sold in the United States of America and its territories. Only open Safety or Emissions recalls, where the remedy has not been completed, will be listed. While Toyota provides data updates to CARFAX on a regular basis, this report may not include very recent activity. For the most current information on recall activity for any Toyota vehicle, go to http://toyota.com/recall.

Follow Us: facebook.com/CARFAX @CarfaxReports CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2015 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
6/27/15 2:06:21 PM (EDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2006 TOYOTA TACOMA vehicle (VIN: 3TMJU62NX6M011310), which is based on information supplied to CARFAX and available as of 6/27/15 at 2:06 PM (EDT).

Customer Signature _____ Date _____

Dealer Signature _____ Date _____

Isaac Kane Perez
226 S 10th Ave
Yuma AZ 85364-4521

Clerk of Court
United States District of California
312 North Spring Street, Room G-8
Los Angeles CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FMO

A703702 16 132655
U.S. POSTAGE
$1.61
FCM LG ENV
85364
Date of sale
02/16/17
06  2S00
08349761
SSK
-------- FOLD HERE --------