FILED
CLERK, U.S. DISTRICT COURT

FEB 24 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIAN WARNER, KENNETH MACLEOD, MICHAEL MEADE, MICHAEL WATSON, JAMES FULLER, and DALE FRANQUET, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, <br><br> Defendant. | No. 2:15-cv-02171-FMO-(FFMx) <br><br> **NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING** <br><br> Date:  April 27, 2017 <br> Time:  10:00 a.m. (Pacific Time) <br><br> USDJ:  Fernando M. Olguin <br> Ctrm:  22, 5th Floor – Spring <br> USMJ:  Frederick F. Munn <br> Ctrm:  E, 9th Floor – Spring |

**PLEASE TAKE NOTICE** that, pursuant to the *Order Re: Joint Motion for Entry of an Order Granting Preliminary Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Class Notice* (the "Preliminary Approval Order"), Andrew Behlmann ("Behlmann"), a member of the class (the "Settlement Class") preliminarily certified by the Court in the Preliminary Approval Order, intends to appear *pro se* at the fairness hearing currently scheduled for April 27, 2017 at 10:00 a.m. Pacific Time (the "Fairness Hearing").

**PLEASE TAKE FURTHER NOTICE** that Behlmann is a member of the Settlement Class by virtue of his ownership of a 2005 Toyota Sequoia SR5, VIN 5TDBT44A85S247197.

**PLEASE TAKE FURTHER NOTICE** that Behlmann reserves the right to amend this *Notice of Intent* in the future in the event he retains counsel to appear at the Fairness Hearing on his behalf.

Respectfully Submitted,

Andrew Behlmann
11 Tallwood Court
Morris Plains, New Jersey
(908) 235-1040
behlmann@gmail.com

---

**CERTIFICATE OF SERVICE**

I, Andrew Behlmann, hereby certify that on this 21st day of February 2017, I (a) sent a copy of the foregoing *Notice of Intent to Appear at Fairness Hearing* (the "Notice of Intent") to the Clerk of Court, United States District Court, Central District of California, 312 North Spring Street, Room G-8, Los Angeles, California 90012 via Federal Express and (b) served a true and correct copy of the Notice of Intent upon counsel for Plaintiffs and Defendant via electronic mail. Counsel for all parties entitled to electronic notice in the above-captioned action will also receive service of the Notice of Intent via the Court's CM/ECF system once it has been filed by the Clerk of Court.

Andrew Behlmann

# FedEx
## Express

FRI
787
16:30

6  A
16:30
15:26
02 24

envelope shipping

FEB 24 2017
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CA

PH EMTA

TRK#
0201
6497 6969 1526

ORIGIN ID:MMUA  (973) 597-2500
BERNADETTE D.
LOWENSTEIN SANDLER
65 LIVINGSTON AVE

ROSELAND, NJ 07068
UNITED STATES US

TO CLERK OF COURT
UNITED STATES DISTRICT COURT C.D. C
312 NORTH SPRING STREET
ROOM G8
LOS ANGELES CA 90012
(973) 597-2382
PO:22120715   REF: 99988.3969

                              DEPT:2797

SHIP DATE: 21FEB17
ACTWGT:1.0 LB
CAD: 0312239/CAFE2915

BILL SENDER

FRI – 24 FEB 4:30P
EXPRESS SAVER
DSR

90012
CA–US  LAX



FedEx
Express
E

J151315081301uv