Case 2:15-cv-02171-FMO-FFM   Document 128   Filed 03/27/17   Page 1 of 3   Page ID #:2200

FILED
CLERK, U.S. DISTRICT COURT

MARCH 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr    DEPUTY

# OBJECTION TO THE SETTLEMENT
### *Brian Warner, et al. V. Toyota Motor Sales, USA, Inc.*

24th March 2017

1. Name:        Francis S Capsan
2. Address:     9424 Carnaby Drive
   City:        Venice
   State:       Florida          Zip Code:   34293-8829
   Country:     USA
3. Telephone:   941 445 5646
4. E-mail:      franciscapsan@comcast.net
5. Vehicle:     2005 Toyota Tacoma SR 5 / TRD
                With factory equipped Towing Package
                VIN:  5TELU42N05Z144057

I wish to object to the proposed settlement in Brian Warner, et al. V. Toyota Motor Sales, USA, Inc.

        Case No.    2:15-cv-02171-FMO-(FFMx)

Following are my reasons for this objection:

1. My vehicle has already been inspected by a Toyota dealership in Venice, FL and has been rejected for frame replacement because there were no perforations in the framework. Meanwhile the rusted metal is flaking off in chunks and staining my driveway and garage floor whenever I drive in the rain and through puddles.
2. I purchased my vehicle new in 2005 from a Toyota dealership (Orleans Toyota / Orleans, MA) on Cape Cod, Massachusetts, USA. The vehicle was used year-round on Cape Cod until I relocated permanently to Venice, FL in 2010.
3. Early on I noticed that the frame was beginning to show signs of rust and I brought it to the attention of the Cape Cod dealership. I was told that it was normal for the frame to show some rust. I told the service advisor that I wanted to go on record as having a concern about the rust. I don't know if my complaint was logged into their database. Nothing was done to arrest the rust issue at the time.
4. The truck, which was designed for towing, is fast becoming unsafe for towing any distance on the highways.
5. The so-called "Rust Perforation Standard" is a joke. My truck frame is peeling off like a water soaked piece of plywood. The frame is badly rusted and quantifying the degree of rust by specifying the size of the perforations is ducking the issue.

6. Toyota should stop all this foot dragging and obstructive behavior, do the right thing for their customers, and their reputation, and replace all of the defective frames… not just those frames with perforations.

I do not intend on appearing at the Fairness Hearing scheduled in April before the Court. But I do hope that my letter of objection will be added to the protest against Toyota ducking this issue.

Thank you to those who have begun this class action lawsuit against Toyota Motor Sales and to the attorneys who are taking this issue to court.

Very truly yours

*[signature]*

Francis S Capsan

★ MAIL ★ EXPRESS™

UR FASTEST SERVICE IN THE U.S.

FMO

1A 1B

/HEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

P13F July 2013 OD: 12.5 x 9.5

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 941 445 5[illegible]

FRANK CAYSAN
9424 CARNABY DR.
VENICE FL 34293-5329

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

CLERK OF COURT
UNITED STATES DIST. COURT
312 NO. SPRING ST. RM. 98
LOS ANGELES, CA 90012

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

RECEIVED CLERK, U.S. DISTRICT COURT
MAR 27 2017
CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

EL602934545US

NATIONAL USE

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code 34285 | Scheduled Delivery Date (MM/DD/YY) 3/27/17 | Postage $ 23.75 | |
| Date Accepted (MM/DD/YY) 3/23/17 | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 1:21 ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ 2.75 | Live Animal Transportation Fee $ |
| Weight ☒ Flat Rate lbs. 2.6 ozs. | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 26.50 | |
| | Acceptance Employee Initials ME | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, SEPTEMBER 2015 PSN 7690-02-000-9996 3-ADDRESSEE COPY

+ Money Back Guarantee for U.S. destinations only.

IT US AT USPS.COM®
ER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

