Action, Brian Warner et al. v. Toyota Motor Sales, USA Inc.
Case No. 2:15-CV-02171-FMO-FFM

FILED
CLERK, U.S. DISTRICT COURT
3/18/2017
MARCH 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: vdr  DEPUTY

To whom it may concern,

I object to part of the settlement as a class member. The owners of Toyota vehicles whose frame was replaced at their own cost should receive full reimbursement from T.M.S USA Inc.

What I object to is setting a short time limit after the Final Order/Judgement is made. My claim for the Frame Replacement and Inspection should start on the day I purchased my 2006 Tacoma. The frame of my Tacoma is rusting away with no way to stop the now accelerating condition. It is not a matter of if a perforation hole will occur but when. I purchased my Tacoma in 2009 and I had no way of knowing my Tacoma was terminally ill. Just like cancer! The frame is rusting inside and out. I brought my vehicle in for repair at a Toyota dealership in 7-12-2017. I was called out to the repair bay to look at and explain to me the repairs needed for my Tacoma. It was at that moment that I brought up the subject of rust to the mechanic and service adviser's attention, "Why does the frame have so much rusting going on? It's only three years old." (and low mileage 67,132 k mi)

I called the Toyota Headquarters number in CA to let them know about my vehicles condition. The Rep took my information and put it on file. When my Tacoma needed regular maintenance, I would bring up my concern again regarding the frame rusting away. Eventually the frame was treated with a spray on coating which didn't last or stop the rust from advancing. Presently with only 116k miles on the odometer, the frame may or may not meet the frame replacement settlement conditions proposed in time. (In one or two years from sometime this year.) If my Tacoma's frame is not replaced soon, there is a good chance after the proposed short time limit is up my Tacoma will not pass MA state inspection and denial of registration! Then I will own a low mileage vehicle (which was not an inexpensive vehicle to purchase) worth nothing before its time. A worthless trade-in or resale vehicle.

Since my Tacoma's rust condition of the frame is already

beyond the point of no return. I adamantly object to any settlement conditions that restrict frame replacement because of a short time period condition or limit.
This is like a patient that already has full blown cancer and then the cure may be pulled away from them! I need a Tacoma frame replacement now. Who really knows how safe is it to drive my Tacoma for me and my family? Like many other buyers, I trusted the advertized quality Toyota claimed on ~~advert~~ tv ads and magazines about my model vehicle. Please don't let Toyota get away with an early exit to take responsibility to replace defective vehicle frames. Photos and documents are included with this letter. Please do not impose a time limit on vehicles with pre-existing frame rust acceleration. I do not have counsel representation or will be able to be at the Fairness Hearing on my behalf.

My vehicle description/information:
2006 Toyota Tacoma
VIN # ~~5TDKB3~~
5TELU42N46Z306757
Photos: Aug/2014 before frame coating applied.

Toyota invoices showing when I first mentioned my Tacoma's frame rusting and frame coating applied and ongoing inspections.

Regards,
Dominick DiMassino Jr
3/18/2017

Dominick DiMassino Jr
161 Lowell Road
Pepperell, MA 01463
978-925-9647

②



(03/2017) After coating applied to frame 2yrs later, rust condition still accelerating & will be > upper
A time limit must not be imposed on vehicles with existing frame rust acceleration condition.

AUG 2014 / Coating applied SEP 2014

# TOYOTA of Nashua
A Family Owned Company for Over Forty Years

**SUV CENTER**
6 Rockne Drive · Nashua, NH 03060
Phone: (603) 689-1500
www.toyotaofnashua.com

*INVOICE*

Invoice #: **695082**
Tag #: **T0983**

Service Advisor: **270 MELISSA MARCHAND**

**DOMINICK DIMASSINO**
**ELEANOR DIMASSINO**
161 LOWELL RD
PEPPERELL, MA 01463-1717
Home: 978-394-7701  Bus: 978-569-2081  Cell: 978-925-9647  Email: doelda3@charter.net
Customer #:**988WZK** doelda3@charter.net\work

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| BROWN | 06 | TOYOTA TACOMA 4WD | 5TELU42N46Z306757 | 988WZK | 67132 | 67133 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 17MAR06 |   |   | WAIT 21JUL12 |   | 96.00 | CASH | 21JUL12 | 15:06 21JUL12 | 16:26 21JUL12 |

OPTIONS: DLR:28009 ENG:4.0_Liter DOHC

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A CUSTOMER REQUESTS FRANK F. TO WORK ON VEHICLE |  |  |  |
| NC NO CHARGE |  |  |  |
| PARTS: 0.00  LABOR: 0.00  OTHER: 0.00  TOTAL LINE A: | | | (N/C) 0.00 |
| ************************************************** | | | |
| B OIL AND FILTER CHANGE |  |  |  |
| TEL PERFORMED MOBIL ONE SYNTHETIC OIL & FILTER |  |  |  |
| CHANGE |  |  |  |
| 672 INT |  |  |  |
| 1  90915-YZZD3    FILTER, OIL | | | (N/C) |
| 1  90430-12031    GASKET | | | (N/C) |
| 6  00279-MB5W3    MOBIL1 5W30 | | | (N/C) |
| PARTS: 0.00  LABOR: 0.00  OTHER: 0.00  TOTAL LINE B: | | | 0.00 |
| ************************************************** | | | |
| C ROTATE TIRES BALANCING TWO GOING TO THE FRONT |  |  |  |
| 163 ROTATE TIRES BALANCING TWO GOING TO THE FRONT |  |  |  |
| 672 INT |  |  |  |
| PARTS: 0.00  LABOR: 0.00  OTHER: 0.00  TOTAL LINE C: | | | (N/C) 0.00 |
| ************************************************** | | | |
| 67133 ROTATE AND BALANCE |  |  |  |
| ************************************************** | | | |
| D CUSTOMER STATES CHECK FRAME - SEEMS VERY RUSTY |  |  |  |
| NC NO CHARGE |  |  |  |
| PARTS: 0.00  LABOR: 0.00  OTHER: 0.00  TOTAL LINE D: | | | (N/C) 0.00 |
| ************************************************** | | | |
| 67133 NORMAL WEAR N TEAR |  |  |  |
| ************************************************** | | | |
| E CUSTOMER AUTHORIZES NO CHARGE NO OBLIGATION MULTI-POINT INSPECTION |  |  |  |
| 3810 CUSTOMER AUTHORIZES NO CHARGE NO OBLIGATION |  |  |  |
| MULTI-POINT INSPECTION |  |  |  |

|  |  |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| ADJUSTMENTS |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty or merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

X _____
CUSTOMER SIGNATURE

*Service Department Hours*
Monday to Friday
7:00am - 8:30pm
Saturday
7:00am - 5:30pm

(603) 689-1541
www.toyotaofnashua.com\service

*Thank You For Your Business!*

# TOYOTA of Nashua
A Family Owned Company for Over Forty Years

10 MARMON DRIVE · NASHUA, N.H. 03060
PHONE (603) 888-3555
TOYOTA PARTS LINE (603) 891-5637
N.E. WATS (800) 300-3555

*INVOICE*

Invoice #: **813568**
Tag #: **T3501**

DOMINICK DIMASSINO
ELEANOR DIMASSINO
161 LOWELL RD
PEPPERELL, MA 01463
Cell: 19783947701 Email: email|doelda3@charter.net|work
Home: 19789259647 Bus: 19785692081 Customer #: **988WZK**
Service Advisor: **421 VICKY C BACK**

| MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|
| TOYOTA TACOMA 4WD | 5TELU42N46Z306757 | 988WZK | 96622 | 96622 |
| WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| | WAIT 07AUG14 | | 102.00 | CASH | 07AUG14 | 15:57 07AUG14 | 17:52 07AUG14 |

OPTIONS: DLR:28009 ENG:4.0 Liter, DOHC

| COLOR | YEAR | PROD. DATE | DEL DATE |
|---|---|---|---|
| BROWN | 06 | | 17MAR06 |

```
LINE OPCODE TECH TYPE HOURS                                           LIST    NET   TOTAL
A $39.95 SPECIAL - PERFORM OIL AND FILTER CHANGE, TIRE ROTATION AND
  3995 $39.95 SPECIAL - PERFORM OIL AND FILTER CHANGE, TIRE ROTATION AND
    ANALYSIS, A/C SYSTEM PERFORMANCE, BRAKE INSPECTION
    CHARGING, TIRE ROTATION AND CHECK UP, BATTERY
    ANALYSIS, A/C SYSTEM TEST, COOLING SYSTEM
    INSPECTION
                425    CPT
    1  90915-YZZD3 FILTER, OIL                                        6.50    6.50   51.00
    1  90430-12031 GASKET                                             1.00    1.00    6.50
    6  00279-MB5W3 MOBIL1 5W30                                        7.95    7.95    1.00
            55.20 LABOR:   51.00 OTHER:     0.00 TOTAL LINE A:                       47.70
  96622 PERFORMED OIL AND FILTER SPECIAL, CHARGING SYSTEM NORMAL,                   106.20
  BATTERY PASSED TEST, COOLING -42F, A/C PERFORMANCE TEST PASSED
  **************************************************************
B FRAME INSPECTION EOD
  CAUSE: FRAME CHECK PASSES
  999999 FRAME INSPECTION PASSES MADE APPT FOR SEPT
       11,2014 FOR A DROP OFF
               425    WT3
    FC: PART#:          COUNT:
    CLAIM TYPE:  WT3
    AUTH CODE:
             0.00 LABOR:    0.00 OTHER:     0.00 TOTAL LINE B:                        0.00
  ****************************************************************
C C/S WANTS SYNTHTIC MOBIL ONE OIL!!!!!!!!!!!!!!!!
  NWP NO WORK PERFORMED
               425    CPT
  PARTS:     0.00 LABOR:    0.00 OTHER:     0.00 TOTAL LINE C:                        0.00
  ****************************************************************
D C/S A GROANING TYPE NOISE HAS REOCCURED WHEN ACCELERATING AT 35MPH
```

| | LABOR AMOUNT | |
|---|---|---|
| D | PARTS AMOUNT | |
| E | GAS, OIL, LUBE | |
| C | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | ADJUSTMENTS | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

CHECK #
DATE
AMOUNT

X _____
CUSTOMER SIGNATURE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty or merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

Service Department Hours
Monday to Friday
7:00am - 8:30pm
Saturday
7:00am - 5:30pm

(603) 689-1541

www.toyotaofnashua.com\service

Thank You
For Your Business!
email|doelda3@charter.net

Customer Copy                Page 1 of 2              THANK YOU!

**DOMINICK DIMASSINO**
**ELEANOR DIMASSINO**
161 LOWELL RD
PEPPERELL, MA 01463
**Home:** 978-394-7701 **Bus:** 978-569-2081
**Cell:** 978-925-9647 **Email:** email|doelda3@charter.net|work

*INVOICE*

Invoice #: **819464**
Tag #: **T1180**
Customer #: **988WZK**
Service Advisor: **421 VICKY C BACK**

# TOYOTA of Nashua
A Family Owned Company for Over Forty Years
10 MARMON DRIVE · NASHUA, N.H. 03060
PHONE (603) 888-3555
TOYOTA PARTS LINE (603) 891-5637
N.E. WATS (800) 300-3555

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| BROWN | 06 | TOYOTA TACOMA 4WD | 5TELU42N46Z306757 | 988WZK | 97151 | 97151 |
| PROD. DATE | DEL. DATE | PROMISED | PO NO. | RATE | PAYMENT | R.O. OPENED | READY |
| | 17MAR06 | 17:00 11SEP14 | | 102.00 | CC | 07:09 11SEP14 | 16:54 12SEP14 |
| WARR. EXP | | | | INV. DATE | | |
| | | | | 12SEP14 | | |

OPTIONS: DLR-28009 ENG:4.0_Liter DOHC

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A CUSTOMER HERE TO SEE VICKY | | | |
| A VEHICLE HAS APPOINTMENT | | | |
| PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE A: | | | 0.00 |
| | | | 0.00 |
| B C/S PERFORM EOD RECALL | | | |
| CAUSE: EOD RECALL | | | |
| 3605G2 INSPECTED FRAME CLEANED AND UNDER COATING | | | |
| 157 WT3 | | | |
| FC: | | | |
| PART#: 00289-T00KT-DS | | | |
| COUNT: 1 | | | |
| CLAIM TYPE: SSC | | | |
| AUTH CODE: | | | |
| PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: | | | 0.00 |
| 97151 did eo recall sprayed frame | | | |
| C CUSTOMER REQUESTS INSPECTING FLOOR BOARDS AND BOLTS SEEM TO HAVE | | | |
| PREMATURE RUST | | | |
| NWP INSPECTED FLOOR BOARDS NO CONCERN SEEN NORMAL | | | |
| SURFACE RUST | | | |
| 1 00289-T00KT-DS T00-CORROS RES KIT | | | (N/C) |
| 2 90950-01824 PLUG, HOLE | | | (N/C) |
| 2 90950-01539 PLUG, HOLE | | | (N/C) |
| 1 00411-11004 COD HANG TAG | | | (N/C) |
| 157 CPT | | | |
| 1052 CPT | | | |
| SUBL PO 115733 PRO CAR CARE RECON | | | |
| PO#115733 | | | |
| PARTS: 0.00 CPT LABOR: 0.00 OTHER: 40.00 TOTAL LINE C: | | | 40.00 |
| | | | 40.00 |

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

X_____
CUSTOMER SIGNATURE

| | |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | T |
| MISC. CHARGES | O |
| TOTAL CHARGES | T |
| ADJUSTMENTS | A |
| SALES TAX | L |
| **PLEASE PAY THIS AMOUNT** | |

── Service Department Hours ──
**Monday to Friday**
7:00am - 8:30pm
**Saturday**
7:00am - 5:30pm

**(603) 689-1541**
www.toyotaofnashua.com\service

─────────────
*Thank You*
*For Your Business!*

email|doelda3@charter.net

# TOYOTA of Nashua
A Family Owned Company for Over Forty Years

**10 MARMON DRIVE · NASHUA, N.H. 03060**
PHONE (603) 888-3555
TOYOTA PARTS LINE (603) 891-5637
N.E. WATS (800) 300-3555

**\*INVOICE\***
DUPLICATE 1

Invoice #: **970379**
Tag #: **T1532**

Service Advisor: **796 STEVEN R GULEZIAN**

Customer #: **988WZK**

| DOMINICK DIMASSINO | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELEANOR DIMASSINO | | | | | | | |
| 161 LOWELL RD | | | | | | | |
| PEPPERELL, MA 01463 | | | | | | | |
| Home: 978-394-7701   Bus: 978-569-2081   Cell: 978-394-7701   Email: email\|doelda3@charter.net\|work | | | | | | | |

| MAKE/MODEL | PO NO. | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|
| TOYOTA TACOMA 4WD | | 5TELU42N46Z306757 | 988WZK | 116581 | 116581 |

| COLOR | YEAR | PROD. DATE | WARR. EXP. | PROMISED | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| BROWN | 06 | 17MAR06 | WAIT 17MAR17 | | 119.00 | CASH | 17MAR17 | 08:11 17MAR17 | 11:39 17MAR17 |

OPTIONS: DLR:28009 ENG:4.0 Liter DOHC 1JPLEASE USE MOBIL ONE OIL AT CUSTOMERS REQUEST

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| AUTH CODE: | | | |
| PARTS: 0.00  LABOR:  0.00  OTHER: 0.00   TOTAL LINE C: | | | 0.00 |
| 116581 INSPECTED SPRINGS FOUND IN NEED OF REPLACEMENT REPLACED SPRINGS | | | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | |
| D  INSPECT FRAME | | | |
| NWP SEE NOTES | | | |
| 929                CPT | | | |
| PARTS: 0.00  LABOR:  0.00  OTHER: 0.00   TOTAL LINE D: | | | 0.00 |
| 116581 PERFORMED FRAME INSPECTION FRAME IS RUSTY WITH NO VISUAL | | | 0.00 |
| HOLES AT THIS TIME BUT PASSES | | | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | |
| E\*\* CUSTOMER IN RENTAL VEHICLE | | | |
| RENTAL CUSTOMER IN RENTAL VEHICLE | | | |
| 929                WT3 | | | |
| PARTS: 0.00  LABOR:  0.00  OTHER: 0.00   TOTAL LINE E: | | | (N/C) 0.00 |
| RENT DAILY RENTAL | | | (N/C) 0.00 |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | |
| EST: 57.98              17MAR17 08:11 SA: 796 | | | |
| CUSTOMER PAY SHOP SUPPLIES & DISPOSAL FEES FOR REPAIR ORDER | | | 1.48 |
| ### CREATED BY: | | | |
| M.MARCHAND@TOYOTAOFNASHUA.COM, | | | |
| CREATED ON: 03-09-2017, | | | |
| STATUS: SCHEDULED, TRAN SPORT | | | |
| TYPE: WAITER | | | |

| | | |
|---|---|---|
| D | LABOR AMOUNT | 47.78 |
| P | PARTS AMOUNT | 66.20 |
| E | GAS, OIL, LUBE | 0.00 |
| S | SUBLET AMOUNT | 0.00 |
| C | MISC. CHARGES | 2.48 |
| T | TOTAL CHARGES | 116.46 |
| A | SALES TAX | 88.99 |
| L | ADJUSTMENTS | 0.00 |
| S | | |
| | PLEASE PAY THIS AMOUNT | **27.47** |

**Service Department Hours**
Monday to Friday
7:00am - 8:30pm
Saturday
7:00am - 5:30pm

(603) 689-1541
www.toyotaofnashua.com\|service

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE  X _____

---

Please Verify Your
Email Address
On File:

email\|doelda3@charter.net

☐ The above email address is not correct

**New Email Address:**
_____

Your Email Address
Continue to
receive product updates,
recalls, and exclusive
internet specials

Thank You!

*I was taken to by a issue 1 w/ w/
Nashua Toyota.*

*8/5/14 4:20pm
Called to file statement about
the frame rusting issue.*

*Case # 1408052210
Keven - customer Rep.*

*1st 4yrs never
saw NE winter; it
a Southern vehicle.
(W. Virginia)*

# TOYOTA

DOMINICK DIMASSINO JR
161 LOWELL RD
PEPPERELL, MA 01463-1717

*8/14/14 Called & explained about additional
corrosion & rusting occurring on underneath floor of truck. Took photo of
frame & floor.*

*Kevin - 2nd Rep. involved w/ phone conversation.
connected me to:*

Certain 2005 through 2008 Model Year Tacoma Vehicles
Corrosion-Resistant Compound Application to the Vehicle's Frame
**LIMITED SERVICE CAMPAIGN**

VIN: 5TELU42N46Z306757

Dear Toyota Owner: *Case manager (Nichole) not in today, will call back.*

At Toyota, we are dedicated to providing vehicles of outstanding quality and value. As part of our continual efforts to meet your product expectations, Toyota is announcing a Limited Service Campaign Program, which includes your vehicle.

## What is the condition?

Toyota has received reports that certain 2005 through 2008 model year Tacoma vehicles operated in specific cold climate areas with high road salt use may exhibit more-than-normal corrosion to the vehicle's frame. Toyota investigated these reports and determined that the frames in some vehicles may not have corrosion-resistant protection sufficient for use in these areas. This, combined with prolonged exposure to road salts and other environmental factors, may contribute to the development of more-than-normal rust in the frame of some vehicles. This condition is unrelated to and separate from normal surface rust which is commonly found on metallic surfaces after some years of usage and/or exposure to the environment.

## What is included in this Limited Service Campaign?

This campaign involves customers whose vehicles are currently registered in the specific 20 Cold Climate States listed below and the District of Columbia which have high road salt use (together, "Cold Climate States").

**CT, DE, IL, IN, KY, MA, MD, ME, MI, MN, NH, NJ, NY, OH, PA, RI, VA, VT, WI & WV**

Any authorized participating Toyota Dealership located in the Cold Climate States will inspect the condition of your vehicle's frame. Based upon the results of Toyota's inspection*, if significant rust perforation **is not** found, Toyota will apply Corrosion-Resistant Compounds (CRC) to key areas of your vehicle's frame at **no charge** to you. The CRC application will enhance the corrosion protection of the vehicle's frame.

You must have your vehicle inspected and the CRC application completed by a participating Toyota Dealership located in the Cold Climate States no later than **March 31, 2016.** Please schedule an appointment with an authorized participating Toyota dealer well in advance of the **March 31, 2016,** expiration date to ensure that your dealership has sufficient time to complete this Limited Service Campaign on your vehicle.

If a participating Toyota Dealership, located in the Cold Climate States, confirms that your vehicle's frame has significant rust perforation*, the dealer will provide an appropriate remedy at **no charge** to you. The dealer must determine that the frame has significant rust perforation* by **March 31, 2016,** in order for the cost of any necessary repairs to the vehicle's frame be covered by the Campaign (there are no mileage limitations).

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®
1007
90012
PAID
PEPPERELL, MA
01463
MAR 25, 17
AMOUNT
$23.75
R2305H129035-13

# RIORITY ★ MAIL ★ XPRESS™

R FASTEST SERVICE IN THE U.S.

## LAT RATE NVELOPE

E RATE ★ ANY WEIGHT*

EN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

3F Apr 2015
: 12 1/2 x 9 1/2

S10001000006

FMO

EK731843836US

IONAL USE

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

Dominick DiMassino
161 Lowell Rd
Pepperell, MA 0146

RECEIVED
U.S. DISTRICT COURT
7 2017
CENTRAL ... CALIFORNIA
BY ... DEPUTY

**PAYMENT BY ACCOUNT (if applicable)**

[redacted]

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

Clerk of Court
United States District Court
Central District of California
312 North Spring Street Room G-8
Los Angeles, CA 90012

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 Insurance Included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 01463 | Scheduled Delivery Date (MM/DD/YY): 03/27/17 | Postage: $ 23.75 | |
| Date Accepted (MM/DD/YY): 03/25/17 | Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 9:05 ☑ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Weight ☐ Flat Rate: lbs. 3 ozs. | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 23.75 | |
| | Acceptance Employee Initials: AP | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse ma




