JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WARNER, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation,

    Defendant.

Case No. CV 15-2171 FMO (FFMx)

**JUDGMENT**

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Service Awards ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Defendant shall pay each named plaintiff a service payment of $2,500.00 in accordance with the terms of the Settlement Agreement.

2. Defendant shall pay class counsel attorney's fees in the amount of $9.75 million, and costs in the amount of $124,091.91.

3. The Settlement Notice Administrator, Jeanne Finegan of Heffler Claims Group, shall be paid for her fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

4. The Settlement Claims Administrators, Patrick A. Juneau and Michael Juneau, shall be

paid for their fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

  5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

  6. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).  In addition, all class members who did not validly and timely request exclusion from the settlement are barred and enjoined from instituting, commencing, filing, maintaining, continuing or prosecuting against any of the released parties (as defined in the Settlement Agreement) any action or proceeding in any court or tribunal asserting any of the released claims.  See 28 U.S.C. §§ 1651(a) & 2283.

Dated this 21st day of May, 2017.

                 /s/
                Fernando M. Olguin
                United States District Judge