Name __BRADLEY D. SALTER__
Address __24 Malialani Place__
City, State, Zip __Lahaina, HI 96761__
Phone __808-298-7873__
Fax __808-669-0880__
E-Mail __brad@salterlaw.com__
☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRIAN WARNER, et al.

PLAINTIFF(S),

v.

TOYOTA MOTOR SALES, U.S.A., INC.,

DEFENDANT(S).

CASE NUMBER:

2:15-CV-02171-FMO-(FFMx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____CEMIL HOPE_____ hereby appeals to
                                   *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   ORDER RE: FINAL APPROVAL

☒ Judgment (specify):
   FINAL APPROVAL OF SETTLEMENT

☐ Other (specify):

Imposed or Filed on ____5-21-17____. Entered on the docket in this action on __2821 AND 2849__.

A copy of said judgment or order is attached hereto.

6-19-17
Date

/s/ Bradley D. Salter
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                       NOTICE OF APPEAL