FILED

OCT 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRIAN WARNER; et al., | No. 17-55890 |
| Plaintiffs-Appellees, | D.C. No. 2:15-cv-02171-FMO-FFM Central District of California, Los Angeles |
| v. | |
| CEMIL HOPE, | |
| Objector-Appellant, | ORDER |
| v. | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, | |
| Defendant-Appellee. | |

The parties' stipulation (Docket Entry No. 12) for voluntary dismissal of this appeal is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Each party shall bear its own costs and fees on appeal.

LK/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7